1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| HARVEY PARNELL HARVEY PARNELL DOING BUSINESS AS HEAVYHITTERS and HEAVYHITTERS, | Case Nos.: CV 05-00191 R (RCx)<br>CV 05-01331 R (RCX)<br><br>[~~PROPOSED~~] **AMENDED JUDGMENT** |
|---|---|
| Plaintiff, | |
| v. | |
| NIKE INCORPORATED, NIKE USA, INCORPORATED, NIKE RETAIL SERVICES, INCORPORATED, NIKE TEAM SPORTS INCORPORATED, PETER F. FERRER and DOES 1-25, inclusive, | |
| Defendants. | |

This action came on for further consideration and for oral argument before the Court on July 15, 2005, Honorable Manuel L. Real, United States District Court Judge, presiding, on defendants Nike, Inc., Nike USA, Inc. and Nike Retail Services, Inc.'s Motion for Summary Judgment or, in the Alternative, for Summary Adjudication on Plaintiff's Consolidated Complaints (hereinafter "Nike's Motion") and plaintiffs Harvey Parnell, Harvey Parnell dba HeavyHitters and HeavyHitters' Motion for Partial Summary Judgment on First Cause of Action for Violation of Unruh Civil Rights Act (hereinafter "plaintiffs' Motion"). Gregory Evans appeared for Nike. Leo James Terrell appeared for plaintiffs. Having duly considered the parties' Motions, and having granted Nike's Motion and denied plaintiffs' Motion, and good cause appearing,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1) Plaintiffs take nothing, that both of these consolidated actions be dismissed on the merits and that defendants recover their costs;

///
///
///
///
///
///
///

2)   Sanctions in the amount of $20,370.00 are imposed against Leo James Terrell, Esq. and the Law Office of Leo James Terrell, pursuant to Fed. R. Civ. P. 37(b)(2).

**IT IS SO ORDERED.**

Dated: __March 23, 2009__

_____
Hon. Manuel L. Real
United States District Judge

Submitted by:
Gregory Evans
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
E-Mail: gevans@milbank.com
Attorneys for Defendants Nike, Inc., Nike USA, Inc., Nike Retail Services, Inc. and Peter F. Ferrer